L.C. SNELL, Appellant,

v.

HYGRADE METAL MOULDING MAN-
UFACTURING CORP., INC.; Ronnie
Pipkin, Appellees.

No. 01–3265.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 11, 2002.

Filed: April 16, 2002.

Before LOKEN, BEAM, and RILEY,
Circuit Judges.

PER CURIAM.

L.C. Snell appeals from the district
court's[1] adverse grant of summary judg-
ment in his Title VII lawsuit against his
former employer. Upon de novo review,
see Whitley v. Peer Review Sys., Inc., 221
F.3d 1053, 1055 (8th Cir.2000), we conclude
that the summary judgment record before
the district court would not allow a factfin-
der to infer that Snell's discharge was due
to race discrimination.

Accordingly, we affirm. See 8th Cir. R.
47B.

1. The Honorable Harry F. Barnes, United
   States District Judge for the Western District
   of Arkansas.